DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ROSAS-VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:03-cr-05341 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; AND ORDER |
| v. | ) | THEREON |
| | ) | |
| JOSE ROSAS-VALDEZ, | ) | Date:   August 6, 2007 |
| | ) | Time:  9:00 A.M. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |
| ———————————————— | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

respective attorneys of record herein, that the status conference hearing in the above captioned matter now

scheduled for June 25, 2007, **may be continued to August 6, 2007 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense

preparation and further investigation prior to hearing, and will conserve time and resources for both

counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: June 20, 2007          By    /s/ Kevin P. Rooney
                                    KEVIN P. ROONEY
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: June 20, 2007          By   /s/ Marc Days
                                   MARC DAYS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JOSE ROSAS-VALDEZ


## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:    June 22, 2007**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; and [Proposed] Order Thereon                2